

# Fourth Court of Appeals
## San Antonio, Texas

November 1, 2018

No. 04-18-00445-CR

Nelson Anthony **JASSO,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2017 CRB 696 D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

# O R D E R

This is an appeal from a conviction for the offense of murder. On August 22, 2018, we abated this appeal to the trial court for an abandonment hearing. The trial court held an abandonment hearing, where it found appellant to be indigent. On September 25, 2018, we reinstated this appeal on this court's docket and ordered the court reporter to file the reporter's record within thirty days.

On October 26, 2018, the court reporter filed a notification of late record, in which she states the preparation of the reporter's record, consisting of the jury selection and the trial of this case, should be completed by November 24, 2018. The court reporter further states that she has called appellant's appellate counsel, Mr. Marcel Notzon, requesting a designation of the record, but no designation of the record has been filed.

The court reporter is ORDERED to file a reporter's record consisting of the jury selection and the trial of this case **no later than November 27, 2018**.

If Mr. Notzon needs additional parts of the reporter's record for this appeal, he is ORDERED to provide the court reporter written notice **no later than November 9, 2018.** A copy of any such written notice must be filed with the clerk of this court.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of November, 2018.



KEITH E. HOTTLE,
Clerk of Court